IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE PUEBLO OF SANTA CLARA and
SANTA CLARA DEVELOPMENT CORPORATION,

      Plaintiffs,

v.                                                                           CV 16-1198 KBM/WPL

HONORABLE SARAH SINGLETON,
District Judge, New Mexico First Judicial District,
Division II, in her official capacity; and
BRYANNA BIRD-MARTINEZ,

      Defendants.

**ORDER**

      Plaintiffs Pueblo of Santa Clara and Santa Clara Development Corporation filed a motion to stay these proceedings pending the Tenth Circuit's decision in *Navajo Nation v. Dalley*, No. 16-2205. (Doc. 9.) Defendant Judge Sarah Singleton does not oppose the motion. Defendant Bryanna Bird-Martinez "does not *per se* oppose Plaintiff's [sic] Motion," but was unable to reach a stipulated motion and order with the Plaintiffs. (Doc. 10.)

      The parties agree that this case should be stayed pending resolution of *Dalley*, as that case may resolve many of the disputes herein. Accordingly, this case is stayed pending the resolution of *Dalley* or further order of the Court.

      IT IS SO ORDERED.

                                                                                         William P. Lynch
                                                                                         United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.